UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAELEN GRAS | CIVIL ACTION |
| VERSUS | NO. 17-5668 |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION "S" (1) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation (Doc. #12), and the lack of any objections thereto, hereby approves the United States Magistrate Judge's Report and Recommendation and adopts it as the opinion of this court. Accordingly,

**IT IS HEREBY ORDERED** that the Commissioner's Motion for Summary Judgment (Doc. #11) is **GRANTED**, and the Plaintiff's Motion for Summary Judgment (Doc. #10) is **DENIED**, and the plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this  13th  day of June, 2018.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**